# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LESLIE YOUNG

NO. 2025 KW 0900

**DECEMBER 2, 2025**

---

In Re:     Leslie Young, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           02-87-0665.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT